IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:05-CR-263-TWT |
| TARQUI DARNELL MATTOX, | |
| Defendant. | |

OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending that the Defendant's Motion to Suppress Evidence [Doc.13], Motion to Suppress Statements [Doc. 15] and Motion to Suppress Identification Evidence [Doc. 16] be denied. The motions are without merit for the reasons stated in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 13], Motion to Suppress Statements [Doc. 15] and Motion to Suppress Identification Evidence [Doc. 16] are DENIED.

SO ORDERED, this 22nd day of November, 2005.

s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\Orders\USA\05\05cr263\r&r.wpd